DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**WILGENS CLERVILLE,**
Appellant,

v.

**RODELINE CHARLES CLERVILLE,**
Appellee.

No. 4D22-2506

[May 18, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John J. Parnofiello, Judge; L.T. Case No. 50-2022-DR-003777-XXXX-MB.

James Jean-Francois of James Jean-Francois, P.A., Hollywood, for appellant.

Rebecca Mercier Vargas, Stephanie L. Serafin of Kreusler Walsh, Vargas & Serafin, P.A., West Palm Beach, and Blake Hanley of Domestic Violence Project, Legal Aid Society of Palm Beach County, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and KUNTZ, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***